United States District Court

Eastern District of California

James T. Rodgers,

    Plaintiff,                      Civ. No. S-05-0850 DFL PAN P

  vs.                                Order

Dr. Greg Steber, et al.,

    Defendants.

-oOo-

    Plaintiff, a prisoner without counsel, seeks to commence a civil rights action.

    To commence a civil action a plaintiff must pay the $250 filing fee required by 28 U.S.C. § 1914(a) or request leave of court to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a).

    Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed in forma pauperis.

1 | Within 30 days from the day this order is signed plaintiff
2 | may submit either the filing fee or the application required by
3 | § 1915(a).  The clerk of the court is directed to mail to
4 | plaintiff a form application for leave to proceed in forma
5 | pauperis.  Failure to comply with this order will result in this
6 | file being closed.
7 | So ordered.
8 | Dated:  May 22, 2005.

```
                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge
```

\rodg0850.pay or seek ifp [civ rts]