United States District Court

Eastern District of California

James T. Rodgers,

      Plaintiff,

vs.

Greg Steber, et al.,

      Defendants.

No. Civ. S 05-0850 DFL PAN P

Notice

-oOo-

Plaintiff is a prisoner, without counsel, seeking leave to commence an action against prison officials for civil rights violations in forma pauperis pursuant to 28 U.S.C. § 1915(a). This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).  Pursuant to 28 U.S.C. § 1915(b)(1), plaintiff must pay the $250 filing fee required by 28 U.S.C. § 1914(a).  Plaintiff has been assessed an initial payment of $6.  Thereafter, plaintiff must make monthly payments of 20 percent of the preceding month's income credited to his

1  trust account.  28 U.S.C. § 1915(b)(2).  The agency having
2  custody of plaintiff is required to forward payments from
3  plaintiff's account to the clerk of the court each time the
4  amount in the account exceeds $10 until the filing fee is paid.
5      The clerk of the court shall serve a copy of this notice and
6  a copy of plaintiff's in forma pauperis application upon the
7  Placer County Sheriff and deliver a copy of this notice to the
8  clerk's financial division.
9      Dated:  June 29, 2005.

                                            /s/ Peter A. Nowinski
                                            PETER A. NOWINSKI
                                            Magistrate Judge

\rodg0850.notice to custodian